VERMONT SUPERIOR COURT
CIVIL DIVISION

**SMALL CLAIMS COMPLAINT**

| Plaintiff's Name | D/O/B |
|---|---|
| ABEND FAMILY LIMITED PARTNERSHIP | N.A. |

Address OF PROPERTY: 4403 MAIN ST. WAITSFIELD VT 05673
Address OF PARTNER: 304 CONCORD RD.
City, State, Zip Code: WAYLAND MA 01778
Residence Telephone No.: 508 358 7095
Business Telephone No.: 508 358 7095

VT SUPERIOR COURT
WASHINGTON UNIT
CIVIL DIVISION
2012 DEC 14 P 3:44
FILED

**To be completed by Court Personnel**

Date Complaint Filed: 12/14/12
Docket Number: 567-12-12 Wnsc

Name of Plaintiff's Attorney (if any):
Address:
City, State, Zip Code:

RECEIVED
BURLINGTON, VT
2:13 CV 8
JAN 16 2013
CLERK'S OFFICE
U.S. DISTRICT COURT

*Fill in information on the Defendant (the person you are suing) here.*

| Defendant's Name | D/O/B |
|---|---|
| NGM INSURANCE CO. | |

Address: P.O BOX 2057
City, State, Zip Code: KALISPELL MT. 59903 2057

PLEASE TYPE OR PRINT, USING BALL POINT PEN. PRESS DOWN HARD.

**Amount of Claim**
Principal: $ 5000
Interest: $
Court Costs*: $ 78.75
Total: $ 78.75

*$52.50 for $1,000.00 or less
$78.75 for more than $1,000.00

**BRIEFLY EXPLAIN YOUR COMPLAINT:**

FLOOD DAMAGE FROM IRENE WAS $135,000. INSURANCE WAS FOR $125,000. COMPANY PAID ONLY $75,000. AFTER 5 YEARS OF CLASSIFYING BUILDING "NO BASEMENT", INS. CO. RECLASSIFIED BUILDING AS HAVING A BASEMENT AND DENIED FULL COVERAGE. GRADE OF LAND OUTSIDE OF BUILDING IS EVEN WITH FLOOR OF DAMAGED AREA.

Signature of Plaintiff: Norman A Abend    Date: 12/3/12

**TO BE COMPLETED BY COURT PERSONNEL. DO NOT WRITE BELOW THIS LINE.**

**SMALL CLAIMS SUMMONS**

TO THE DEFENDANT NAMED ABOVE:

YOU ARE HEREBY SUMMONED TO ANSWER THE ABOVE COMPLAINT OF THE PLAINTIFF. YOU MUST ANSWER THIS SUMMONS WITHIN TWENTY (20) DAYS OF THE DATE OF SERVICE BY COMPLETING AND MAILING OR TAKING IN THE ENCLOSED ANSWER FORM TO THE COURT.

Deputy Clerk: Tracee Watson    Date: 12/14/12

**YOU ARE BEING SUED IN A SMALL CLAIMS CASE. READ THE INSTRUCTIONS ON THE BACK OF THIS SUMMONS.**

COURT'S COPY